IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-207-BR

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) | <u>ORDER</u> |
|  | ) |  |
| MICHAEL LEWIS WHITE | ) |  |

This matter is before the court on defendant's notice filed in response to the court's 21 January 2021 order. (DE # 27.) It appears that defendant, after consultation with counsel, wishes to proceed with his arraignment, currently set for 8 February 2021, by videoconference or teleconference. However, the notice does not indicate the responsible assistant United States attorney's position on the matter or the specific reasons that defendant's arraignment cannot be further delayed with serious harm to the interests of justice. Accordingly, on or before 1 February 2021, defendant shall file a supplemental response to his notice with such information.

This 29 January 2021.

_____
W. Earl Britt
Senior U.S. District Judge